UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CIERA MCLENDON, individually and as Personal Representative of the ESTATE OF ROBERT MIESSE; JESSICA EBERSOLE; PATIENCE MIESSE; DAKOTA HAYSMIESSE; and RIVER HAYS-MIESSE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:24-cv-00149-MJP<br><br>DISMISSAL ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

DISMISSAL ORDER - 1

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 30, 2024.

\
Marsha J. Pechman\
United States Senior District Judge

DISMISSAL ORDER - 2