Honorable Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CIERA MCLENDON, individually and as Personal Representative of the ESTATE OF ROBERT MIESSE; JESSICA EBERSOLE; PATIENCE MIESSE; DAKOTA HAYS-MIESSE; and RIVER HAYS-MIESSE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:24-cv-00149-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION |

THIS MATTER came before the Court on the parties' Stipulated Motion. Having reviewed the record and otherwise being fully advised, the Court hereby adopts the parties' agreement.

**IT IS SO ORDERED** that the deadline to file a motion to reopen the case established int this Court's Dismissal Order (Dkt. 15) is extended by two weeks to November 13, 2024.

DATED November 1, 2024.

Marsha J. Pechman
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION - 1

No. 2:24-cv-00149-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

 */s/ Braden Pence*
Braden Pence, WSBA #43495
Timothy K. Ford, WSBA #5986
Mika Rothman, WSBA # 55870
705 2nd Avenue, Suite 1500
Seattle, WA 98104
 (206) 622-1604
timf@mhb.com
bradenp@mhb.com
mikar@mhb.com

Attorneys for Plaintiffs

UNITED STATES ATTORNEY'S OFFICE

  */s/ Sarah Louise Bishop*
kristen.vogel@usdoj.gov
Sarah Louise Bishop
sarah.bishop@usdoj.gov
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-7970

Attorneys for Defendant

[PROPOSED] ORDER GRANTING STIPULATED MOTION - 2

No. 2:24-cv-00149-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961